[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-14849

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 20, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00001-CV-RWS-1

RAMATA A. HILL,

                                                            Plaintiff-Appellant,

versus

FULTON COUNTY, GEORGIA,
a local government, which is sued through
the Chair of the Fulton County Commission,
and the individual who holds that position
in his official capacity,
JOHN H. EAVES,
is sued in his official capacity as Chair
of the the Fulton County Board of Commissioners,
JACQUELINE BARRETT,
former Sheriff of Fulton County, is sued individually,
THEODORE JACKSON,
current Sheriff of Fulton County, Georgia,
is sued in his official capacity,
MYRON FREEMAN, is sued individually,

                                                            Defendants-Appellees,

JOHN AND JANE DOE(s)
administrators, and deputies of the Fulton
County, Georgia, Sheriff's Department and or
Fulton County, Georgia, are sued in their
individual and official capacities, jointly
and severally,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(September 20, 2010)

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, the Court concludes the Plaintiff-Appellant has not shown reversible error in the district court's order dated August 14, 2009 granting summary judgment to the Defendants-Appellees. Accordingly, we affirm the final judgment of the district court in favor of Defendants on Plaintiff's Complaint.

AFFIRMED.